UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS G. RICHARDSON,

                Plaintiff,

   - against -

ADOBE, INC.,

                Defendant.

**ORDER**

22 Civ. 7114 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       As discussed during today's conference, any amended complaint will be filed by December 1, 2022. If no amended complaint is filed, Defendant may proceed with its motion to dismiss. The briefing schedule will be as follows: Moving papers due on December 15, 2022, Plaintiff's opposition due on December 30, 2022, and any reply due on January 6, 2023. If an amended complaint is filed, Defendant will submit a letter by December 8, 2022, stating whether it wishes to proceed with a motion to dismiss and, if so, proposing a briefing schedule that has been discussed with Plaintiff's counsel.

       For the reasons stated during today's conference, Plaintiff's request to conduct limited discovery in advance of any motion to dismiss is denied.

       It is hereby ORDERED that there shall be a telephonic conference in this matter on **Thursday, December 15, 2022 at 11:30 a.m.** One week prior to that conference, the parties will submit a joint letter and proposed case management plan in accordance with this Court's individual rules. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple

telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
       November 17, 2022                    SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge